Kirsten A. Milton
Nevada State Bar No. 14401
Daniel I. Aquino
Nevada State Bar No. 12682
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Email: kirsten.milton@jacksonlewis.com
Email: daniel.aquino@jacksonlewis.com

*Attorneys for Defendant*
*Nevada Restaurant Services, Inc. dba Dotty's*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PAMELA BENSON,<br><br>    Plaintiff,<br><br>    vs.<br><br>NEVADA RESTAURANT SERVICES, INC. dba DOTTY'S, a domestic corporation; DOE INDIVIDUALS 1 THROUGH 300; AND roe business or governmental entities 1 through 300, inclusive,<br><br>    Defendants. | Case No.: 2:18-cv-01157 –APG-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO ANSWER OR OTHERWISE PLEAD IN RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Defendant Nevada Restaurant Services, Inc. dba Dotty's ("Defendant") by and through its counsel, Jackson Lewis P.C., and Plaintiff Pamela Benson ("Plaintiff") by and through her counsel, Mullins & Trenchak, hereby stipulate and agree to extend the time for Defendant to file an answer or otherwise plead in response to Plaintiff's Complaint. Defendant's response is due on August 14, 2018. Plaintiff and Defendant have agreed to a brief extension of time for Defendant to file an answer or otherwise plead in response to the Complaint to allow Defense counsel sufficient time to investigate the allegations of the Complaint.

Defendant shall, therefore, have a fourteen (14) day extension up to and including August 28, 2018, to answer or otherwise plead in response to Plaintiff's Complaint.

This stipulation and order is sought in good faith and not for the purpose of delay. No prior request for any extension of time has been made.

Dated this 13th day of August, 2018.

| | |
|---|---|
| **JACKSON LEWIS P.C.** | **MULLINS & TRENCHAK** |
| /s/ Kirsten A. Milton | /s/ Philip J. Trenchak |
| Kirsten A. Milton, Bar No. 14401 | Philip J. Trenchak, Bar No. 9924 |
| Daniel I. Aquino, Bar No. 12682 | Victoria Mullins, Bar No. 13546 |
| 3800 Howard Hughes Parkway, Suite 600 | 1212 South Casino Center Blvd. |
| Las Vegas, Nevada 89169 | Las Vegas, Nevada 89104 |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |
| *Nevada Restaurant Services, Inc.* | *Pamela Benson* |
| *dba Dotty's* | |

**ORDER**

**IT IS SO ORDERED**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: August 16, 2018

JACKSON LEWIS P.C.
LAS VEGAS