| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | Kirsten A. Milton<br>Nevada State Bar No. 14401<br>Daniel I. Aquino<br>Nevada State Bar No. 12682<br>**JACKSON LEWIS P.C.**<br>3800 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169<br>Tel: (702) 921-2460<br>Email: kirsten.milton@jacksonlewis.com<br>Email: daniel.aquino@jacksonlewis.com<br><br>*Attorneys for Defendant*<br>*Nevada Restaurant Services, Inc. dba Dotty's* |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PAMELA BENSON,<br><br>     Plaintiff,<br><br>vs.<br><br>NEVADA RESTAURANT SERVICES, INC. dba DOTTY'S, a domestic corporation; DOE INDIVIDUALS 1 THROUGH 300; AND roe business or governmental entities 1 through 300, inclusive,<br><br>     Defendants. | Case No.: 2:18-cv-01157 –APG-CWH<br><br>**STIPULATION AND ORDER TO RESCHEDULE EARLY NEUTRAL EVALUATION SESSION**<br><br>**(First Request)** |

Defendant Nevada Restaurant Services, Inc. dba Dotty's ("Defendant"), by and through its counsel, Jackson Lewis P.C., and Plaintiff Pamela Benson ("Plaintiff") by and through her counsel, Mullins & Trenchak, hereby stipulate and agree to reschedule the Early Neutral Evaluation conference ("ENE") currently scheduled for September 24, 2018.

Counsel for both parties have previously-scheduled depositions for that date and therefore, are unable to appear. Counsel for the parties have conferred and, if the Court is available, are available for a rescheduled ENE on October 11, 24, or 25, 2018. Confidential written statements shall be submitted to chambers no later than seven (7) days before the selected date.

This stipulation and order is sought in good faith and not for the purpose of delay. This is the first request to continue the ENE.

Dated this 10th day of September, 2018.

| | |
|---|---|
| **JACKSON LEWIS P.C.** | **MULLINS & TRENCHAK** |
| /s/ Kirsten A. Milton | /s/ Philip J. Trenchak |
| Kirsten A. Milton, Bar No. 14401 | Philip J. Trenchak, Bar No. 9924 |
| Daniel I. Aquino, Bar No. 12682 | Victoria Mullins, Bar No. 13546 |
| 3800 Howard Hughes Parkway, Suite 600 | 1212 South Casino Center Blvd. |
| Las Vegas, Nevada 89169 | Las Vegas, Nevada 89104 |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |
| *Nevada Restaurant Services, Inc.* | *Pamela Benson* |
| *dba Dotty's* | |

**ORDER**

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

Dated: September 10, 2018

IT IS HEREBY ORDERED that the Early Neutral Evaluation scheduled for September 24, 2018, is VACATED and RESCHEDULED to November 9, 2018, at 10:00 AM. The confidential statement is due by 4:00 PM, November 2, 2018. All else as stated in the Order (ECF No. 8) scheduling the ENE remains unchanged.