Kirsten A. Milton
Nevada State Bar No. 14401
Daniel I. Aquino
Nevada State Bar No. 12682
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Email: kirsten.milton@jacksonlewis.com
Email: daniel.aquino@jacksonlewis.com

*Attorneys for Defendant*
*Nevada Restaurant Services, Inc. dba Dotty's*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PAMELA BENSON,<br><br>  Plaintiff,<br><br>  vs.<br><br>NEVADA RESTAURANT SERVICES, INC. dba DOTTY'S, a domestic corporation; CRAIG ESTEY, an individual; PAULA GRAZIANO, an individual; ROBERT SWADKINS, an individual; DOE INDIVIDUALS 1 THROUGH 300; and ROE BUSINESS OR GOVERNMENTAL ENTITIES 1 through 300, inclusive,<br><br>  Defendants. | Case No.: 2:18-cv-01157 –APG-CWH<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANTS CRAIG ESTEY, PAULA GRAZIANO, AND ROBERT SWADKINS WITHOUT PREJUDICE, AND TO DISMISS PLAINTIFF'S FOURTH CAUSE OF ACTION (CIVIL CONSPIRACY), FIFTH CAUSE OF ACTION (CONCERT OF ACTION), AND EIGHTH CAUSE OF ACTION (NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS) WITHOUT PREJUDICE** |

Defendant Nevada Restaurant Services, Inc. dba Dotty's ("Dotty's"), by and through its counsel, Jackson Lewis P.C., and Plaintiff Pamela Benson ("Plaintiff") by and through her counsel, Mullins & Trenchak, hereby stipulate and agree to dismiss Defendants Craig Estey, Paula Graziano, and Robert Swadkins without prejudice. Plaintiff hereby further dismisses, as to all Defendants, Plaintiff's Fourth Cause Of Action (Civil Conspiracy), Fifth Cause Of Action (Concert Of Action), and Eighth Cause Of Action (Negligent Infliction Of Emotional Distress) contained in Plaintiff's Amended Complaint (ECF No. 13) without prejudice.

Defendant Dotty's shall file a timely answer to Plaintiff's Amended Complaint.

This stipulation and order is sought in good faith and not for the purpose of delay.

Dated this 19th day of September, 2018.

| **JACKSON LEWIS P.C.** | **MULLINS & TRENCHAK** |
|---|---|
| /s/ Kirsten A. Milton | /s/ Philip J. Trenchak |
| Kirsten A. Milton, Bar No. 14401 | Philip J. Trenchak, Bar No. 9924 |
| Daniel I. Aquino, Bar No. 12682 | Victoria Mullins, Bar No. 13546 |
| 3800 Howard Hughes Parkway, Suite 600 | 1212 South Casino Center Blvd. |
| Las Vegas, Nevada 89169 | Las Vegas, Nevada 89104 |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |
| *Nevada Restaurant Services, Inc.* | *Pamela Benson* |
| *dba Dotty's* | |

## ORDER

Defendants Craig Estey, Paula Graziano, and Robert Swadkins are hereby dismissed without prejudice.

Plaintiff's Fourth Cause Of Action (Civil Conspiracy), Fifth Cause Of Action (Concert Of Action), and Eighth Cause Of Action (Negligent Infliction Of Emotional Distress) are hereby dismissed against all Defendants without prejudice.

IT IS SO ORDERED this 19th day of September, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE

JACKSON LEWIS P.C.
LAS VEGAS

-2-