Kirsten A. Milton
Nevada State Bar No. 14401
Daniel I. Aquino
Nevada State Bar No. 12682
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Email: kirsten.milton@jacksonlewis.com
Email: daniel.aquino@jacksonlewis.com

*Attorneys for Defendant*
*Nevada Restaurant Services, Inc. dba Dotty's*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PAMELA BENSON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>NEVADA RESTAURANT SERVICES, INC. dba DOTTY'S, a domestic corporation; DOE INDIVIDUALS 1 THROUGH 300; AND roe business or governmental entities 1 through 300, inclusive,<br><br>　　　　Defendants. | Case No.: 2:18-cv-01157 –APG-CWH<br><br>**STIPULATION AND ORDER TO SET DEADLINE FOR PLAINTIFF TO FILE SECOND AMENDED COMPLAINT AND DEFENDANT TO ANSWER PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>**(First Request)** |

　　　　Defendant Nevada Restaurant Services, Inc. dba Dotty's ("Defendant") by and through its counsel, Jackson Lewis P.C., and Plaintiff Pamela Benson ("Plaintiff") by and through her counsel, Mullins & Trenchak, hereby stipulate and agree to set the deadlines for Plaintiff to file her Second Amended Complaint and Defendant to file an answer to Plaintiff's Second Amended Complaint as follows:

　　　　1.　　On September 10, 2018, Plaintiff filed a First Amended Complaint (ECF No. 13).

　　　　2.　　On September 19, 2018, the parties filed a Stipulation and Order to Dismiss Defendants Craig Estey, Paula Graziano, and Robert Swadkins Without Prejudice, and to Dismiss Plaintiff's Fourth Cause of Action (Civil Conspiracy), Fifth Cause of Action (Concert of Action), and Eighth Cause of Action (Negligent Infliction of Emotional Distress) Without Prejudice (ECF

No. 14), which the Court granted on September 19, 2018 (ECF No. 15).

3. On September 21, 2018, the parties mistakenly filed a Stipulation and Order to Extend Time for Defendant to Answer or Otherwise Respond to Plaintiff's First Amended Complaint (ECF No. 17), requesting Defendant have through and including October 1, 2018 to file its answer, which the Court granted on September 25, 2018 (ECF No. 18).

4. However, before Defendant can file an answer, Plaintiff must file a Second Amended Complaint to ensure that the operative complaint is consistent with the Court's Order on September 19, 2018, dismissing certain parties and claims (ECF No. 15).

5. The parties have agreed that Plaintiff may have two weeks, through and including, October 15, 2018, to file the Second Amended Complaint to make it conform with the September 19, 2018 parties' stipulation (ECF No. 14) and Court's Order (ECF No. 15).

6. Defendant shall have seven (7) days, up to and including October 22, 2018, to file an answer to Plaintiff's Second Amended Complaint.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

7. This stipulation and order is sought in good faith and not for the purpose of delay. No prior such request has been made.

Dated this 1st day of October, 2018.

| **JACKSON LEWIS P.C.** | **MULLINS & TRENCHAK** |
|---|---|
| */s/ Daniel I. Aquino*<br>Kirsten A. Milton, Bar No. 14401<br>Daniel I. Aquino, Bar No. 12682<br>3800 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169<br><br>*Attorneys for Defendant*<br>*Nevada Restaurant Services, Inc.*<br>*dba Dotty's* | */s/ Philip Trenchak*<br>Philip J. Trenchak, Bar No. 9924<br>Victoria Mullins, Bar No. 13546<br>1212 South Casino Center Blvd.<br>Las Vegas, Nevada 89104<br><br>*Attorneys for Plaintiff*<br>*Pamela Benson* |

**ORDER**

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

Dated: October 2, 2018