| | |
|---|---|
| 1 | Kirsten A. Milton<br>Nevada State Bar No. 14401 |
| 2 | Daniel I. Aquino<br>Nevada State Bar No. 12682 |
| 3 | **JACKSON LEWIS P.C.**<br>3800 Howard Hughes Parkway, Suite 600 |
| 4 | Las Vegas, Nevada 89169<br>Tel: (702) 921-2460 |
| 5 | Email: kirsten.milton@jacksonlewis.com<br>Email: daniel.aquino@jacksonlewis.com |
| 6 | |
| 7 | *Attorneys for Defendant*<br>*Nevada Restaurant Services, Inc. dba Dotty's* |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PAMELA BENSON,<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA RESTAURANT SERVICES, INC. dba DOTTY'S, a domestic corporation; DOE INDIVIDUALS 1 THROUGH 300; AND roe business or governmental entities 1 through 300, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-01157 –APG-CWH<br><br>**NOTICE OF SETTLEMENT AND STIPULATION AND ORDER TO STAY DEADLINE**<br><br>**(First Request)** |

Defendant Nevada Restaurant Services, Inc. dba Dotty's ("Defendant") by and through its counsel, Jackson Lewis P.C., and Plaintiff Pamela Benson ("Plaintiff") by and through her counsel, Mullins & Trenchak, hereby advise the Court that a settlement has been reached in this matter. The parties are finalizing the settlement agreement, but due to the approaching holiday that will cause a delay in client availability and issuance of settlement funds, the parties would request this Court's approval to file a stipulation and order to dismiss this action no later than 45 days from the date of this order.

Given the settlement of this matter, the parties request that all other deadlines, including the deadline to file the joint proposed discovery plan and scheduling order pursuant to LR 26-1

currently set for January 2, 2018, be stayed pending submission of the stipulation and order to dismiss this action.

Dated this 21st day of December, 2018.

| **JACKSON LEWIS P.C.** | **MULLINS & TRENCHAK** |
|---|---|
| */s/ Daniel I. Aquino* | */s/ Philip Trenchak* |
| Kirsten A. Milton, Bar No. 14401 | Philip J. Trenchak, Bar No. 9924 |
| Daniel I. Aquino, Bar No. 12682 | Victoria Mullins, Bar No. 13546 |
| 3800 Howard Hughes Parkway, Suite 600 | 1212 South Casino Center Blvd. |
| Las Vegas, Nevada 89169 | Las Vegas, Nevada 89104 |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |
| *Nevada Restaurant Services, Inc.* | *Pamela Benson* |
| *dba Dotty's* | |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: December 28, 2018

IT IS FURTHER ORDERED that within 60 days of this order, the parties must file dismissal documents or submit a joint status report outlining what is impeding settlement and how or if the court can assist.