Kirsten A. Milton
Nevada State Bar No. 14401
Daniel I. Aquino
Nevada State Bar No. 12682
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Email: kirsten.milton@jacksonlewis.com
Email: daniel.aquino@jacksonlewis.com

*Attorneys for Defendant*
*Nevada Restaurant Services, Inc. dba Dotty's*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PAMELA BENSON, | Case No.: 2:18-cv-01157 –APG-CWH |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| NEVADA RESTAURANT SERVICES, INC. dba DOTTY'S, a domestic corporation; DOE INDIVIDUALS 1 THROUGH 300; AND roe business or governmental entities 1 through 300, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and respective counsel, that the above-entitled case be dismissed with prejudice, each party to bear its own

///

///

///

attorneys' fees and costs.

Dated this 18 day of January, 2019.

| | |
|---|---|
| **JACKSON LEWIS P.C.** | **MULLINS & TRENCHAK** |
| /s/ Kirsten A. Milton | /s/ Philip J. Trenchak |
| Kirsten A. Milton, Bar No. 14401<br>Daniel I. Aquino, Bar No. 12682<br>3800 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169 | Philip J. Trenchak, Bar No. 9924<br>Victoria Mullins, Bar No. 13546<br>1212 South Casino Center Blvd.<br>Las Vegas, Nevada 89104 |
| *Attorneys for Defendant*<br>*Nevada Restaurant Services, Inc.*<br>*dba Dotty's* | *Attorneys for Plaintiff*<br>*Pamela Benson* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: January 18, 2019.